Shaun P. Kenney, Arizona State Bar No.: 024439
THE KENNEY LAW FIRM, P.L.C.
485 South Main Avenue, Building 3
Tucson, Arizona 85701
(520) 884-7575
shaun@thekenneylawfirm.com

Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice*
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20004
(202) 465-8374
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Isaac Buahnik** | ) | NO.: 2:21-cv-02222-PHX-DJH |
| | ) | |
| **Petitioner** | ) | |
| v. | ) | **NOTICE OF CHILD'S** |
| | ) | **LOCATION IN ARIZONA** |
| **Inbal Buahnik** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

DATED this 7th day of January, 2022.

/s/ Kelly A. Powers
Kelly A. Powers, *Pro Hac Vice*
Attorney for Petitioner

The Petitioner, Isaac Buahnik (the "Father"), files this Notice of Child's Location in Arizona and states as follows:

1. In the Father's Verified Petition for Return of Child to Israel (Doc. No. 1), the Father states that the Mother refuses to disclose the child's exact address in the District of Arizona. *See* Doc. No. 1 at ¶¶ 47, 91.

2. On January 5, 2022, the Mother disclosed the child's whereabouts to the Father.

3. The Father therefore files this Notice to notify the Court that the child is currently located at the following address with the Mother: 10487 E. Morning Star Drive, Scottsdale, Arizona 85255.

Respectfully submitted,

/s/ Shaun P. Kenney
Shaun P. Kenney, Arizona State Bar No.: 024439
THE KENNEY LAW FIRM, P.L.C.
485 South Main Avenue, Building 3
Tucson, Arizona 85701
(520) 884-7575
shaun@thekenneylawfirm.com

/s/ Kelly A. Powers
Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice*
Miles & Stockbridge P.C.

1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8374
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of January, 2022, a copy of the foregoing Affidavit of Service was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record, and was sent by email to the Respondent's counsel.

/s/ Kelly A. Powers
Kelly A. Powers, *Pro Hac Vice*
