**WOODNICK LAW, PLLC**
1747 E. Morten Avenue, Suite 205
Phoenix, Arizona 85020
Telephone: (602) 449-7980
Facsimile: (602) 396-5850
Office@WoodnickLaw.com

Gregg R. Woodnick, #020736
Leslie A.W. Satterlee, #025219
*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ISAAC JACQUES BUAHNIK**, | Case No.: CV-21-02222-PHX-DJH |
| Petitioner, | **NOTICE OF APPEARANCE** |
| and | Assigned to Hon. Diana J. Humetewa |
| **INBAL BUAHNIK,** | |
| Respondent. | |

Notice is hereby given that WOODNICK LAW, PLLC, by and through Gregg R. Woodnick and Leslie A.W. Satterlee, enters an appearance in the above-captioned matter on behalf of Respondent, INBAL BUAHNIK, and respectfully requests that all future orders and documents from the Court pertaining to this matter be endorsed to undersigned counsel.

**RESPECTFULLY SUBMITTED** this 11th day of January, 2022.

        **WOODNICK LAW, PLLC**

        */s/ Leslie Satterlee*

        Leslie A.W. Satterlee
        *Attorneys for Respondent*

**ORIGINAL** of the foregoing filed this 11th day of January, 2022 with:

Clerk of the Court
United States District Court

**COPY** of the foregoing to be delivered/emailed upon:

The Honorable Diana J. Humetewa
United States District Court

Shaun P. Kenney
The Kenney Law Firm, P.L.C.
485 South Main Avenue, Bldg. 3
Tucson, AZ 85701
shaun@thekenneylawfirm.com
*Attorneys for Petitioner*

Stephen J. Cullen
Kelly A. Powers
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20004
scullen@milesstockbridge.com
kpowers@milesstockbridge.com
*Attorneys for Petitioner*

By: /s/Sara Seeburg