Shaun P. Kenney, Arizona State Bar No.: 024439
THE KENNEY LAW FIRM, P.L.C.
485 South Main Avenue, Building 3
Tucson, Arizona 85701
(520) 884-7575
shaun@thekenneylawfirm.com

Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice*
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20004
(202) 465-8374
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Isaac Buahnik** | NO.: 2:21-cv-02222-PHX-DJH |
| Petitioner, | **CONSENT MOTION TO ANONYMIZE CASE CAPTION** |
| v. | |
| **Inbal Buahnik** | |
| Respondent. | |

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq*.**

1.   Petitioner, Isaac Buahnik (the "Father") files this Consent Motion seeking an Order from this Court requiring the Clerk of this Court to anonymize the

1

case caption by replacing the parties' names with their initials in all publically accessible court records.

2. Special circumstances warrant the need for the anonymity of the parties.

3. This is a Hague Convention case which contains highly personal and sensitive allegations relating to the custody and care of a minor child, and it is in the best interests of the minor child that the parents' identities be anonymized.

4. There will be no prejudice to the Respondent, Inbal Buahnik (the "Mother"), who is now self-represented and consents to the relief requested herein.

5. The public has little, if any, continuing interest in the identities of the parties to this case which was amicably resolved and dismissed on January 12, 2022 two (2) weeks after it was filed.

6. To the extent that there may exist any public interest in these proceedings, the need for the parents' anonymity, which is in the best interests of the minor child, greatly outweighs the public's interest in having access to the parents' identities.

7. In support of this Consent Motion, the Petitioner adopts and incorporates the accompanying Memorandum of Points and Authorities filed herewith.

**WHEREFORE**, the Petitioner respectfully requests the following relief:

A. That the identities of the parties, Isaac Buahnik and Inbal Buahnik, be anonymized by substituting their initials in place of their actual names in the caption for this matter in all publically accessible court records; and

B. That this Court grant such other and further relief as justice and its cause require.

/s/ Shaun P. Kenney
Shaun P. Kenney
THE KENNEY LAW FIRM, P.L.C.
485 South Main Avenue, Building 3
Tucson, Arizona 85701
(520) 884-7575
Arizona State Bar No.: 024439
shaun@thekenneylawfirm.com

/s/ Kelly A. Powers
Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice*
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8374
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner, Isaac Buahnik*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of April, 2022, a copy of the foregoing Consent Motion to Anonymize Case Caption was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel

3

1 | of record. I further certify that a copy of the foregoing Consent Motion to
2 | Anonymize Case Caption was sent via first-class mail, postage prepaid, and email
3 | to:

4  Inbal Buahnik
5  8626 E. Plaza Avenue
6  Scottsdale, AZ 85250
7  isukenik@gmail.com

9  *Respondent*

11  /s/ Kelly A. Powers
12  Kelly A. Powers, *Pro Hac Vice*

4